JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MARIA GUADALUPE DORSETT

## DEFENDANTS
UNITED STATES OF AMERICA

B-01-046

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

United States District Court
Southern District of Texas
FILED

MAR 21 2001

Michael N. Milby
Clerk of Court

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Louis S. Sorola
Sorola & Garcia, P.L.L.C.
2355 Barnard Rd., Ste A
Brownsville, Tx 78520

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | **PERSONAL PROPERTY** | ☐ 640 R R & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl Ret Inc Security Act | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

This is a personal injury claim brought under the Federal Tort Claims Act, 28 U.S.C. Section 1346.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P 23
DEMAND $ 20,000.00    CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE: March 20, 2001
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

United States District Court
Southern District of Texas
FILED

MAR 21 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CIVIL ACTION

| | | |
|---|---|---|
| MARIA GUADALUPE DORSETT | § | |
| Plaintiff, | § | |
| | § | C.A. NO. B-01-046 |
| V. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

### A. Parties

1. Plaintiff, MARIA GUADALUPE DORSETT, is an individual, who is a citizen of the State of Texas.

2. Defendant, UNITED STATES OF AMERICA, may be served by delivering a copy of the summons and of the complaint to Mr. Mervyn Mosbacker, United States Attorney for the Southern District of Texas, 910 Travis Street, Suite 1500, Houston, Texas 77208, and by also sending a copy of the summons and of the complaint by registered or certified mail to Mr. William J. Henderson, Postmaster General of the United States Postal Service, 475 L'Enfant Plaza Southwest, Washington, District of Columbia 20260, and by also sending a copy of the summons and of the complaint by registered or certified mail to Mr. John Ashcroft, Attorney General of the United States, 5111 Main Justice Building, 10th Street and Constitution Avenue, Northwest, Washington, District of Columbia 20530.

### B. Jurisdiction

3. The Court has jurisdiction over the lawsuit according to 28 U.S.C. §1332 because

this is a suit under the Federal Tort Claims Act, 28 U.S.C. §1346.

### C. Conditions Precedent

4.     Plaintiff, MARIA GUADALUPE DORSETT, timely presented this claim in writing to the United States Postal Service. The agency made a final disposition of the claim on February 6, 2001 and this suit was filed within six (6) months after final disposition.

### D. Facts

5.     On or about August 6, 1998, Plaintiff, MARIA GUADALUPE DORSETT, was involved in a motor vehicle accident with ELOY JAIMES, an employee of the United States Postal Service. ELOY JAIMES was at that time, and all other times relevant to this cause of action, an employee of the United States Postal Service and was acting within the course and scope of his office or employment. ELOY JAIMES was backing out of a parking space in a parking lot in United States Postal Service vehicle in Brownsville, Texas. Plaintiff, MARIA GUADALUPE DORSETT, was traveling into the parking lot in a motor vehicle. ELOY JAIMES backed while unsafe and collied with Plaintiff, MARIA GUADALUPE DORSETT's vehicle.

6.     This conduct by ELOY JAIMES was negligent. Under the laws of the State of Texas, a private person would be liable to the Plaintiff for this conduct or omission. In accordance with 28 U.S.C. §1346(b), the UNITED STATES OF AMERICA is liable to Plaintiff for their damages and for the damage to or loss of property and injury described below.

### E. Damages

7.     As a proximate result of the negligence of the ELOY JAIMES, Plaintiff, MARIA GUADALUPE DORSETT, has suffered the following damages:

2

   a.   Past physical pain and suffering;

   b.   Future physical pain and suffering;

   c.   Past mental pain and suffering;

   d.   Future mental pain and suffering;

   e.   Past Medical expenses; and

   f.   Property damage to Plaintiff's vehicle.

### F. Prayer

8. For these reasons, Plaintiff, MARIA GUADALUPE DORSETT, asks for judgment against Defendant, UNITED STATES OF AMERICA, for:

   a.   $20,000.00 as actual and special damages;

   b.   costs of suit;

   c.   prejudgment and post-judgment interest; and

   d.   all other relief the Court deems appropriate.

Respectfully submitted,

SOROLA & GARCIA, P.L.L.C.

_____
LOUIS S. SOROLA
Texas Bar No. 00794990
Federal I.D. No. 19533
2355 Barnard Road, Suite A
Brownsville, Texas 78520
Telephone number: (956) 504-2911
Facsimile number: (956) 544-7766

Attorney-in-charge for
Plaintiff, MARIA GUADALUPE DORSETT

3

ClibPDF - www.fastio.com

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN ——————— DISTRICT OF ——————— TEXAS
BROWNSVILLE DIVISION

MARIA GUADALUPE DORSETT
Plaintiff

V.

UNITED STATES OF AMERICA
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-01-046

TO: (Name and address of defendant)

Mr. John Ashcroft
Attorney General
United States of America
5111 Main Justice Building
10th Street and Constitution Ave, Northwest
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Louis S. Sorola
Sorola & Garcia, P.L.L.C.
2355 Barnard Rd., Ste A
Brownsville, TX 78520

an answer to the complaint which is herewith served upon you, within __sixty (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk

CLERK

(BY) DEPUTY CLERK

DATE  3-21-01

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN **DISTRICT OF** TEXAS
BROWNSVILLE DIVISION

MARIA GUADALUPE DORSETT
Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA
Defendant

CASE NUMBER: B-01-046

TO: (Name and address of defendant)

Mr. William J. Henderson
Postmaster General
United States Postal Service
475 L'Enfant Plaza Southwest
Washington, D.C. 20260

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Louis S. Sorola
Sorola & Garcia, P.L.L.C.
2355 Barnard Rd., Ste A
Brownsville, TX 78520

an answer to the complaint which is herewith served upon you, within __sixty (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                           3/21/01

CLERK                                              DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN **DISTRICT OF** TEXAS
BROWNSVILLE DIVISION

MARIA GUADALUPE DORSETT
Plaintiff

- V.

UNITED STATES OF AMERICA
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-01-046

TO: (Name and address of defendant)

Mr. Mervyn Mosbacker
U.S. Attorney
Southern District of Texas
910 Travis St., Ste 1500
Houston, Tx 77208

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Louis S. Sorola
Sorola & Garcia, P.L.L.C.
2355 Barnard Rd., Ste A
Brownsville, TX 78520

an answer to the complaint which is herewith served upon you, within __sixty (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
CLERK

(BY) DEPUTY CLERK

DATE  3-21-01