3

United States District Court
Southern District of Texas
FILED

APR 0 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA GUADALUPE DORSETT<br>Plaintiff, | § § § | |
| V. | § | Civil Action No. B-01-046 |
| UNITED STATES OF AMERICA,<br>Defendant. | § § § | |

## PLAINTIFF'S LIST OF ENTITIES WITH FINANCIAL INTEREST

COMES NOW, Plaintiff, Maria Guadalupe Dorsett and files this list of entities that are financially interested in this litigation pursuant to paragraph 2 of the Order Setting Conference and lists the following:

1. United States Postal Service.

Respectfully submitted,

SOROLA & GARCIA, P.L.L.C.

_____
LOUIS S. SOROLA
Texas Bar No. 00794990
Federal I.D. No. 19533
2355 Barnard Road, Suite A
Brownsville, Texas 78520
Telephone number: (956) 504-2911
Facsimile number: (956) 544-7766

Attorney-in-charge for
Plaintiff, MARIA GUADALUPE DORSETT

1

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of PLAINTIFF'S LIST OF ENTITIES WITH FINANCIAL INTEREST by U.S. Mail on March 21, 2001, to the following:

Mr. Mervyn Mosbacker
United States Attorney
Southern District of Texas
910 Travis Street, Suite 1500
Houston, Texas 77208

Mr. William J. Henderson
Postmaster General
United States Postal Service
475 L'Enfant Plaza Southwest
Washington, D.C. 20260

Mr. John Ashcroft
Attorney General of the United States
5111 Main Justice Building
10th Street and Constitution Avenue, Northwest
Washington, D.C. 20530

Louis S. Sorola

2