# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 5 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA GUADALUPE DORSETT, Plaintiff, | * * * |
| v. | * CIVIL ACTION No. B-01-046 |
| UNITED STATES OF AMERICA, Defendant. | * * * |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant notifies the Court that the parties in this action have reached terms of settlement. The parties request that all court settings that are currently scheduled be canceled pending the consummation of the settlement and submission of the dismissal pleadings.

Respectfully Submitted,

GREGORY A. SERRES
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
600 East Harrison Street, No. 201
Brownsville, Texas 78520
TEL: (956) 548-2554
FAX: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

### Certificate of Consultation

I certify that on July 5, 2001, I advised Plaintiff's attorney, Louis Sorola, that I would submit this Notice of Settlement to the Court. Mr. Sorola advised that he had no objection and that he and his client concurred with the settlement terms reached.

7-05-01
DATE

NANCY L. MASSO
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on <u>July 5, 2001</u>, a copy of this Notice of Settlement was sent via first class mail and facsimile transmission to the plaintiffs' attorney, Louis Sorola, at P.O. Box 5776, Brownsville, Texas 78523.

Nancy L. Masso
AUSA