6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Maria Guadalupe Dorsett, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. B-01-046 |
| v. | § § | |
| United States of America, | § § | |
| Defendant | § § | |

## ORDER OF DISMISSAL

BE IT REMEMBERED, that on July 6, 2001, having received the Parties' Notice of Settlement [Dkt. No. 5], the Court **DISMISSED** this case with prejudice. The Court retains jurisdiction to enforce the Parties' settlement.

The initial pretrial conference set for July 30, 2001 is **CANCELLED**.

DONE at Brownsville, Texas, this the 6th day of July 2001.

_____
Hilda G. Tagle
United States District Court Judge